# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MANNY FILM LLC,** : | |
|     **Plaintiff,** : | |
| : | **CIVIL ACTION** |
|     v. : | |
| : | **NO. 15-1158** |
| **JOHN DOE,** SUBSCRIBER ASSIGNED : | |
| IP ADDRESS 69.242.53.160, : | |
|     **Defendant.** : | |

## ORDER

On April 20, 2015, the Court received the attached correspondence from one "Jane Doe," who may or may not be the Defendant in this case, expressing her opinions about Plaintiff's litigation tactics. It is improper for any party to communicate with the Court about the substance of this case without the opposing party receiving a copy of any written communication or being present for any verbal communication. This is known as the rule against ex parte contacts and is designed to ensure fairness to all parties.

In order to ensure compliance with this rule, it is hereby **ORDERED** that all communications with the Court must be **FILED** with the Clerk of Court and a copy sent to the opposing party. It is **FURTHER ORDERED** that the Clerk of Court shall **FILE** the attached correspondence on the docket.

    **IT IS SO ORDERED**.

                                                     BY THE COURT:

                                                     /s/ Cynthia M. Rufe
                                                     _____
                                                     **CYNTHIA M. RUFE, J.**