April 16, 2015

The Honorable Cynthia M. Rufe
United States District Judge
Eastern District of Pennsylvania
601 Market Street, Room 12614
Philadelphia, PA 16106-1721

Dear Judge Rufe,

The Manny Film, LLC lawsuits vs. John Doe defendants is a new type of copyright infringement lawsuit that I'd like to inform you of. These lawsuits resemble an extortion scheme. The attorneys representing the plaintiffs in these cases are being referred to as "copyright trolls."

Copyright trolls are law firms or individual lawyers who adopted a lucrative scheme to profit from copyright infringement allegations through extortion. Copyright trolls represent holders of copyrights on movies (mostly pornography).

Troll lawyers or firms conspire with technological companies that monitor peer-to-peer (p2p) networks (BitTorrent or eDonkey2000) and find instances of alleged infringement. IP addresses, timestamps and file names are being recorded. In some cases trolls themselves seed (upload) their client's copyrighted works to p2p networks with the goal to entrap those who start sharing those works.

The next step is to match IP addresses to real people. For that purpose a troll files a lawsuit against John Does, lumping together many defendants, sometimes thousands, regardless of jurisdiction. Lumping together many people, trolls save on filing fees: a fee to file a civil lawsuit is $350; if they would file a lawsuit for each defendant separately, they would end up paying prohibitively large amount of money. Then they secure a subpoena to the ISP that owns the recorded IP addresses. ISPs keep the records of dynamically assigned addresses at each moment and as such they can match IP + time stamp to a subscriber.

Once the names and contact information of subscribers accused in infringement are obtained, trolls send out virtually identical "litigation settlement" demand letters. These letters (and sometimes telephone calls) threaten defendants with costly lawsuits that can potentially result in as much as $150,000 statutory damage payments plus attorney fees. In addition, they threaten to raid your computer(s) in search for proof. To let this suit go away, trolls demand a couple of thousand dollars, increasing the amount if not paid promptly.

Profit is split among trolls, rightholders and companies that detected IPs.

As mentioned above, they provoke self-incriminating statements from not litigation-savvy defendants.

The Manny Film, LLC lawsuits are basically an extortion scheme. This lawsuit should be thrown out by the court. These types of lawsuits should not be allowed in the state of Pennsylvania.

Respectfully,

Jane Doe